IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDEN LAMONT MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>KAMALA D. HARRIS, et al.,<br><br>    Defendants. | Case No.: C 13-1692 KAW (PR)<br><br>TRANSFER ORDER |

Plaintiff, a state prisoner, has filed the above *pro se* civil rights action alleging the violation of his rights under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213. Plaintiff is incarcerated at Richard J. Donovan Correctional Facility (RJD), which is located in San Diego County in the Southern District of California. *See* 28 U.S.C. § 84(d). A substantial part of the events or omissions giving rise to the claims in the complaint occurred at RJD, Plaintiff has alleged no facts arising from events or omissions that occurred in the Northern District, and the Defendants, with the exception of State Attorney General Kamala Harris, all are employed at RJD. Venue, therefore, properly lies in the Southern District and not in the Northern District. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California.

The Clerk of the Court shall transfer the case forthwith and terminate all motions and deadlines pending on the court docket.

IT IS SO ORDERED.

Dated: April 23, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE